**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE INTEREST OF: C.P., A MINOR : No. 81 WAL 2022
:
:
PETITION OF: A.W., MOTHER : Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.